[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-11412
Non-Argument Calendar
_____

D.C. Docket No. 9:12-cr-80118-DTKH-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIUS CORNELIUS JONES,
a.k.a. Red Man,
a.k.a. Frog,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(December 13, 2013)

Before WILSON, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Bruce E. Reinhart, appointed counsel for Julius Cornelius Jones in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.